IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGEL FLOURNOY**                                                  **PLAINTIFF**

**v.**                     **CASE NO. 4:22-CV-00793 BSM**

**AMERICAN FREIGHT, LLC**                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE